Rel: October 10, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0032

Robert T. Wilson, Jr., and Wilson & Wilson Attorneys and Counselors, P.C. v. Mark E. Wilson and Charles Randall Watts, individually and as executor of the Estate of Sonya Yvonne Watts, deceased (Appeal from Walker Circuit Court: CV-22-900190).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.